B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Zinnia Nelson  
Debtor(s)

Case No. 11 B 20783

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 75.00 on or before 5-31-11

   $ 75.00 on or before 6-14-11

   $ 75.00 on or before 6-28-11

   $ 74.00 on or before 7-11-11

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 18 MAY 2011

BY THE COURT:

J. Cox   *Jacqueline P. Cox*  
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number : 11 B 20783

Case Name : **Zinnia Nelson**

**FILED**

**MAY 18 2011**

Judge Jacqueline P. Cox
United States Bankruptcy Court

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on **May 18, 2011**, I caused copies of the attached **Order on Debtor's Application for Waiver of The Chapter 7 Filing Fee** dated, **May 18, 2011** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

Zinnia Nelson(**)
16521 S. Hermitage
Markham, IL 60428

Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson
321 N Clark Street Suite 800
Chicago, IL 60654
served electronically

Patrick S Layng
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604
served electronically

-----------------------------------
Anthony Watson
Courtroom Deputy